IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00103-BNB

DAVID KEY,

    Plaintiff,

v.

SCOT McLAUGHLIN, Sued in his Individual and Official Capacity,
JOE WILLIAMS, Sued in his Individual and Official Capacity,
PAULA J. FRANTZ, Sued in her Individual and Official Capacity,
RONDA KATZENMEYER, Sued in her Individual and Official Capacity,
CATHIE HOLST, Sued in her Individual and Official Capacity,
ANTHONY DECESARO, Sued in his Individual and Official Capacity,
SANDY VALENTINE, Sued in her Individual and Official Capacity,
GEORGE DUNBAR, Sued in his Individual and Official Capacity,
JOAN M. SHOEMAKER, Sued in her Individual and Official Capacity,
ARISTEDES W. ZAVARAS, Sued in his Individual and Official Capacity,
CAROL MCCORMACK, Sued in her Individual and Official Capacity,
MARK FLOWERS, Sued in his Individual and Official Capacity,
JOB BOARD, Sued in thier [sic] Individual and Official Capacity,
JOHN DOE #1, Sued in his Individual and Official Capacity,
LT. KLUG, Sued in his Individual and Official Capacity,
JANE DOE #1, Sued in her Individual and Official Capacity,
NURSE STAFF, Sued in their Individual and Official Capacity,
MENTAL HEALTH STAFF, Sued in their Individual and Official Capacity,
JULIE RUSSELL, Sued in their [sic] Individual and Official Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion submitted on June 4, 2010, by Plaintiff, David Key, requesting the status of his case. The motion is GRANTED. Plaintiff's amended complaint filed May 3, 2010, currently is pending before the Court. If the Court requires any additional information from Plaintiff, it will order him to submit such information.

Dated: June 8, 2010