IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00103-BNB

DAVID KEY,

    Plaintiff,

v.

SCOTT MCLAUGHLIN, sued individually and officially,
JOE WILLIAMS, sued individually and officially,
PAULA J. FRANTZ, sued individually and officially,
CATHIE HOLST, sued individually and officially,
SANDY VALENTINE, sued individually and officially, and
CAROL MCCORMACK, sued individually and officially,

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED July 30, 2010, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 30 2010

GREGORY C. LANGHAM
                CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00103-BNB

David Key
Prisoner No. 137585
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/20/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk