IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00103-CMA-CBS

DAVID KEY,
    Plaintiff,
v.

SCOTT MCLAUGHLIN, sued individually and officially,
JOE WILLIAMS, sued individually and officially,
PAULA J. FRANTZ, sued individually and officially,
CATHIE HOLST, sued individually and officially,
SANDY VALENTINE, sued individually and officially, and
CAROL MCCORMACK, sued individually and officially,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 16 2010

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the "Second and Final Amended Complaint" (doc. # 18). Pursuant to the Order of Reference dated May 26, 2010 (doc. # 15), this case was referred to the Magistrate Judge. On January 19, 2010, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the "Second and Final Amended Complaint" (doc. # 18) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process, Defendants shall respond to

the Second and Final Amended Complaint as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 13th day of August, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00103-CMA-CBS

David Key
Prisoner No. 137585
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Joe Williams, Paula J. Frantz,
Sandy Valentine, and Carol McCormack – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Cathie Holst, and Scott McLaughlin

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Joe Williams, Paula J. Frantz, Sandy Valentine, and Carol McCormack : to the United States Marshal Service for service of process on Cathie Holst, and Scott McLaughlin: SECOND FINAL AMENDED COMPLAINT FILED 7/23/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/16/10 .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk